After Recording Return To:
PEIRSONPATTERSON, LLP
ATTN: RECORDING DEPT.
4400 ALPHA ROAD
DALLAS, TX 75244-4505
800-899-9027

_____[Space Above This Line For Recording Data]_____

Loan No.:

# MAINE ASSIGNMENT OF MORTGAGE

For Value Received, **JPMorgan Chase Bank, National Association**, the undersigned holder of a Mortgage (herein "Assignor") does hereby grant, sell, assign, transfer and convey, unto **JPMC Specialty Mortgage LLC F/K/A WM Specialty Mortgage LLC**, (herein "Assignee"), whose address is **C/O 10790 Rancho Bernardo Road, San Diego, CA  92127**, all beneficial interest under a certain Mortgage dated **February 23, 2006** and recorded on **March 1, 2006**, made and executed by **JASON LALIBERTY AND SHARI L. LALIBERTY**, upon the following described property situated in **ANDROSCOGGIN** County, State of Maine:
Property Address: **109 PULSIFER ROAD, POLAND, ME 04274**

such Mortgage having been given to secure payment of  **Two Hundred Twenty Two Thousand  and 00/100ths ($222,000.00)**, which Mortgage is of record in Book, Volume, or Liber No. **6684**, at Page **157** (or as No. **4341**), in the Register of Deeds of **ANDROSCOGGIN** County, State of Maine.

TO HAVE AND TO HOLD, the same unto Assignee, its successors and assigns, forever, subject only to the terms and conditions of the above-described Mortgage.

Maine Assignment of Mortgage
JPMorgan Chase Bank N.A. Project W2768         Page 1 of 3         L73108ME 01/12 Rev. 02/14



IN WITNESS WHEREOF, the undersigned Assignor has executed this Assignment of Mortgage on 0̶8̶-02-2017.



Assignor:
JPMorgan Chase Bank, National Association

By: _____
RONNIE SANDERS

Its: Vice President

## ACKNOWLEDGMENT

State of **Louisiana**          §
                               §
Parish of **Ouachita**          §

On this **2Nd** day of **August 2017**, before me appeared **Ronnie Sanders**, to me personally known, who, being by me duly sworn (or affirmed) did say that he/she is the **Vice President**, of **JPMorgan Chase Bank, National Association**, and that the seal affixed to said instrument is the corporate seal of said entity and that the instrument was signed and sealed on behalf of the said entity by authority of its board of directors and that **Ronnie Sanders** acknowledged the instrument to be the free act and deed of the said entity.

_____
Signature of Person Taking Acknowledgment

*Eva Reese*
Printed Name

*Notary Public*
Title or Rank

Serial Number, if any: **N/A**

My Commission Expires: *Lifetime*

EVA REESE
OUACHITA PARISH, LOUISIANA
LIFETIME COMMISSION
NOTARY ID # 17070

(Seal)

Maine Assignment of Mortgage
JPMorgan Chase Bank N.A. Project W2768          Page 3 of 3

STATE OF MAINE    ANDROSCOGGIN, ss
DATE 5/8/2019  # OF PAGES 3
I HEREBY CERTIFY THAT THIS IS A TRUE COPY OF RECORD.
BOOK 9661  PAGE 189
ATTEST: _Tina M. Chouinard_
REGISTER OF DEEDS, ANDROSCOGGIN COUNTY

TINA M. CHOUINARD, REGISTER
ANDROSCOGGIN COUNTY MAINE E-RECORDED